FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF  v.  Thinh Cao Do,  DEFENDANT(S). | CASE NUMBER  SA08-94M  **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of _defense counsel_____, IT IS ORDERED that a detention hearing is set for _March 18, 2008_____, _____, at _1:00_____ ☐a.m. / ☒p.m. before the Honorable _Marc L. Goldman, United States Magistrate Judge_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _3/12/08_____

_____
MARC L. GOLDMAN
U.S. ~~District Judge~~/Magistrate Judge